**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1713**

———————————

ALEXANDER JOHN GARCIA,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; ARMY DEPARTMENT OF DEFENSE,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:24-cv-00681-KDB-SCR)

———————————

Submitted:  December 18, 2025           Decided:  December 22, 2025

———————————

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alexander John Garcia, Appellant Pro Se.  Gill Paul Beck, Sr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander John Garcia appeals the district court's order granting Defendants' motion to dismiss Garcia's complaint filed pursuant to the Federal Tort Claims Act (FTCA) and 28 U.S.C. § 1346(b)(1). We have reviewed the record and find no reversible error. *See, e.g.*, *Yolken v. United States*, 590 F.2d 1303 (4th Cir. 1979) (noting that the *Feres*[*] doctrine bars "negligent induction" claims stemming from the suicide of a mental ill service member). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *Feres v. United States*, 340 U.S. 135, 146 (1950) (holding government immune to FTCA claims arising from activities "incident to service" of military personnel).